Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

Francis Kaplan, Appellant-Respondent, v. Samuel Okun et al., Respondents-Appellants, and Sullivan County Steam Laundry Co., Inc., et al., Respondents.—

Coon, J. P., Gibson, Herlihy, Reynolds and